NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

CLEMENTE MARTINEZ PEREYRA, *Petitioner*.

No. 1 CA-CR 19-0267 PRPC
FILED 1-9-2020

Petition for Review from the Superior Court in Yavapai County
No. P1300CR201700857
The Honorable Tina R. Ainley, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Sheila Sullivan Polk
*Counsel for Respondent*

Clemente Martinez Pereyra, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Maria Elena Cruz, Judge Kent E. Cattani and Judge D. Steven Williams delivered the decision of the Court.

**PER CURIAM:**

¶1　　　　Petitioner Clemente Martinez Pereyra seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is petitioner's first petition.

¶2　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief.  *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

¶4　　　　We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:　AA